### In re HOLZWORTH.

### In re SLATER'S ESTATE.

(Supreme Court, Appellate Division, Second Department. February 19, 1915.)

Appeal from Surrogate's Court, Westchester County.

In the matter of the final judicial settlement of the account of Sarah S. Holzworth, executrix of the estate of William N. Slater, deceased. From an order of the Surrogate's Court of Westchester County, denying a motion to set aside and vacate a decree, said executrix appeals. Order reversed, and motion granted.

Argued before JENKS, P. J., and THOMAS, CARR, RICH, and PUTNAM, JJ.

PER CURIAM. Order of the Surrogate's Court of Westchester County reversed, with $10 costs and disbursements, in accordance with opinion in Matter of Holzworth, 151 N. Y. Supp. 1072, decided herewith, and motion granted.